ACCEPTED
03-15-00083-CV
5595846
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 10:06:51 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00083-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 10:06:51 AM
JEFFREY D. KYLE
Clerk

_____

In the Third District Court of Appeals
Houston, Texas

_____

CRAIG A. WASHINGTON,

Appellant,

vs.

COMMISSION FOR LAWYER DISCIPLINE,

Appellee.

_____

**UNOPPOSED MOTION OF CRAIG A. WASHINGTON TO
EXTEND DEADLINE FOR PRINCIPAL BRIEF**

_____

Appellant Craig A. Washington asks that this Court extend for thirty (30) days the deadline for the filing of his principal brief as the appellant in the above-captioned case, making the new briefing deadline August 3, 2015. In support Mr. Washington states:

1.      This is an appeal from a final judgment signed January 8, 2015. The completed clerk's record was filed June 2, 2015, and the reporter's record was filed May 15, 2015. Therefore, the principal brief of the appellant is due July 2, 2015. TEX. R. APP. P. 38.6(a). This court can extend that deadline. *Id.* 38.6(d). This is the appellants' first request to extend the deadline, and it is unopposed.

1

2. Counsel for Mr. Washington, John MacVane, will be responsible for the initial drafting of the brief and has a long-scheduled vacation the week of July 2. In addition, Mr. MacVane has significant responsibility for the drafting of a brief due June 23, 2015, a week before Mr. Washington's deadline in this case. That brief, due in *Crimson Exploration, Inc., et al. v. Magnum Producing, LP*, No. 12-15-13, in the Thirteenth Court of Appeals, involves a complex appeal of an oil-and-gas title dispute with a 4,265 page clerk's record.

3. In order to adequately focus on the briefing in this case and to accommodate Mr. MacVane's other briefing obligations and long-standing vacation plans, Mr. Washington requests a 30-day extension of the deadline for his appellant's brief. A 30-day extension of the briefing deadline would make appellants' brief due on Monday, August 2, 2015.

**Request for Relief**

For the above reasons, Craig A. Washington asks this Court to extend for 30 days the deadline for the filing of his principal brief in this appeal, making the new deadline August 3, 2015.

Respectfully submitted,

| | |
|---|---|
| */s/ John MacVane* | Gardere Wynne Sewell LLP |
| Michael A. Stafford | 1000 Louisiana, Suite 3400 |
| Texas Bar No. 18996970 | Houston, Texas 77002-5007 |
| Katharine David | Tel:   713.276.5500 |
| Texas Bar No. 24045749 | Fax:   713.276.5555 |
| John MacVane | mstafford@gardere.com |
| Texas Bar No. 24085444 | kdavid@gardere.com |
| | jmacvane@gardere.com |

ATTORNEYS FOR
CRAIG A. WASHINGTON, APPELLANT

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served on June 9, 2015, by delivery to the following counsel via the Electronic Filing Manager:

Cynthia Canfield Hamilton
Office of the Chief Disciplinary Counsel
State Bar of Texas
Post Office Box 12487
Austin, Texas 78711
chamilton@texasbar.com


*/s/ John MacVane*
John MacVane


# Certificate of Conference

The parties' counsel have conferred regarding the relief requested in this motion. Counsel for the appellee—Commission for Lawyer Discipline—indicated that it will <u>not</u> oppose this request for relief.


*/s/ John MacVane*
John MacVane